**Criminal Case Cover Sheet**    FILED: REDACTED    **U.S. District Court**

**Place of Offense:**    ☒ Under Seal    Judge Assigned: Anderson

City: Alexandria    Superseding Indictment: ☐    Criminal No.:

County:    Same Defendant:    New Defendant:

Magistrate Judge Case No.: 1:18-MJ-289    Arraignment Date:

Search Warrant Case No.:    R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Markara Man    Alias(es): Mark    ☐ Juvenile    FBI No.:

Address: Norwalk, CA 90650

Employment:

Birth Date: 1985    SSN: 9436    Sex: Male    Race: Asian    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Alexander Berrang    Phone: (703) 299-3769    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 115(a)(1)(A) | Intimidating, Interfering, or Retaliating | 1 | felony |
| Set 2: | | | | |

Date:    AUSA Signature: *Alexander P. Berrang*    *may be continued on reverse*